Leonardo NERY, Ramon Dasal, Saturnino Viado, Florentino Macasaet, Philip Doblius, Leonardo Mago, Delfin Garcia, Dominador Adizas, Selverio Balba, Felipe Martinez, Amado Aspa, J. Balbuena, Teodoro Pabros, Salvador Callado, Abner Alonsabe, Diosdado Merelos, Lauriano Quilit, Juan Santos, German Belarmino, Egmidio Bandayrel, Naval Salazar, Brigido Lorenzo, Gregorio Espiritu, Eutiquio Barce, Zacarias Rosete, Antonio Quismorio, Tiburcio Manantan, Jesus Campana, Burgos Ybanez, Marcos Escobar, Juan Hubilla, Federico Pedlaoan, Crisostomo Haguisan, Francisco Garcia, Sinforoso Tindogan, Odon Batiquin, Genaro Caparos, Vivencio Gultiano, Melencio Aladano, Eugenio Lacson, Ricaredo Boblo, Camilo Marinay, Delfin Guiuo, Antonio Buena, Vivencio Cabal, Rufo Fabricante, Ambrocio Mejia, Tereso Maturan, Joaquin Portal, Jr., Ireneo Pacolor, Eleuterio Balasabas, Felix Orcine, Rizaldo Tungala, Andres Binayan, Florido Romero, Porferio Cornejo, Rafael Maraingan, Guadencio Aguiller, Luis Alcoseba, Jose Tiozon, Bienvenido Ferraren, Hipolito Cantal,

832

Loreto Diaz, Damaso Atayan, Mil Eufracio, Teodulo Panis, Filomeno Arevalo, Benjamin Campos, Santos Yuguriaga, Florentino Pascasio, Bonifacio Galvizo, Proferio Pantaleon, Antonio Guangco, Pedro Lorenzo, Julian Antonio, Ramon Natividad, Andres Farinas, Benigno Quiros, Isidro Rosalinas, Melanio Catimbang, Celso Olivo, Alfredo Lorenzo, Delfin Vinoya, Cayetano Baria, Agapito Asino, Ismael Mortel, Silverio Leal, Geronimo Balmonte, Pedro Onza, Antonio Taperia, Justine H. Cailao, Felix Segarra, Alfredo Lopez, Amado Cunanan, Antonio Candelario, Emit Guillermo, Guadiosio Galicia, Gregorio Ferrer, Simeon Olgado, Pat Amarillento, Faustino Cuevas, Francis Barrolo Aguda, Angel Manalo, Valeriano Moreno, Cristino Aguilar, Guillermo Orante, Marcelino Castro, Fortunato Abello, Ben M. Valiao, Justino Aguelo, Pelagio E. Guzman, Primo Talang, Cenon Aguas, Dominador Galgate, Leoncio Limbo, Marcial Velasco, Gil Servino, Lauriano Tagomata, Antilano Gabino, Aristibulo Tamba, Alejandro Narito, Uldarico Valinton, Venancio Valenton, Francosco Tupaz, Joe Balesteros, Manuel Dela Cruz, Elpidio Abundo, Romeo Jandusay, Francisco Valinton, Delfin Balacana, Julio Narag, Delima Leon, Inocencio Mascarina, Sixto Furing, Felix Menor, Leopoldo Raymundo, Ildelfonso Caunian, Vicente Reyes, Graciano Lopez, Luis Abonita, Adriano de Guia, Ernesto Sonza, Pelagio Camilong, Nemecio Toralde, Ignacio Yacas, Florencio Divina, Manuel Condez, Mateo Bangoy, Magin Calumpong, Proctoso Benigay, Simplicio Madeloso, Avelino Evangelista, Bernardo Quirong, Mac Grecia, Melanio Yaneza, Pablo Ayap, Patrosenio Loria, Andres Bangis, Onofre de Leon, Guillermo Dela Cruz, Manuel Silvestre, Leoncio Matol, Felicisimo Narcario, Francisco Coronado, Ricardo Basea, Sr., Teofilo Coronado, Pedro Magadoon, Ulpiano Borromeo, Gerardo Ramirez, Vidal Bordaje, Jamie Ramirez, Jose Espero, Clodualdo Borja, Valerio Capilitan, Herminigildo Manzano, Ubaldo Marcelo, Clementino Rico, Severino Icarro, Teofilo Eborda, Canado Romero, Jose Flores, Galicano Atienza, Eladio Angelito, Severo Natanauan, Melecio Gumboc, Julio Topaz, Marcelino Cabugwason, Sabas Jimenez, Sr., Amado Rosario, Dominador Malate, Restituto Maturan, Nicolas Bugante, Natalio Virgonia, Bernardino Ermac, Marcelo Rosales, Francisco Latras, Bienvenido Galan, Canuto Tutor, Vicente Stella, Jacob Lopez, Frank Moscoso, Jr., Abraham Solomon, Juan Santiago, Enfernio Ballastra, Anacleto Abril, Constancio Capilitan, Teodulfo Alvarez, Pablo Rivera, Julian Dologuin, Silverio Calungsud, Florencio Llentada, Bruno Calumba, Fernando Sibayan, Faustino Aguda, Gaudencio Aquiler, Felix Azur, Julian Balbuena, Eufemio Ballestra, Andrew Binayan, Justino Cailao, Ildefonso Cauinian, Jose Cabreros, Jr., Leon de Lima, Agapito Dobluis, Dominador Galsote, Macario Grecia, Jacob Lopez, Patrocinio Loria, Santos Luzuriaga, Apolinario Martinez, Felicisimo Nacario, Alejandro Narito, Apolonio Olarte, Irineo Pacolor, Jaime Ramirez, Pablo Rivera, Isidros Rosalinas, Clementino Rico, Salvador Romero, Felix Segarra, Julio Tupaz, Francisco Tupaz, Bienvenido Valiao, Natalio Vergonia, Nicomedes Amparo, Cesario Barriga, Maximo Cotelo,

Amado Calimquim, Custodio Como- da, Severo Cortez, Aberlardo Lergu- na, Marcelino B. Valdez, Gregorio Viado, Alfredo Andrada, David D. Filinia, Juan Gascon, Guillermo Jimena, Sergio Miranda, Nemesio Alambat, Dominador O. Ayson, Ser- afin Dupaya, Pedro G. Flores, Eduardo Habana, Exequiel Ladan, Facundo A. Ladan, Ricardo Mueva, Claudio Munoz, Joseph S. Osam, and Porerio R. Robea, Plaintiffs– Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 00–1251.

United States Court of Appeals, Federal Circuit.

June 7, 2001.

Before MAYER, Chief Judge, SCHALL and GAJARSA, Circuit Judges.

GAJARSA, Circuit Judge.

ORDER

The United States moves for summary affirmance of the April 30, 1998 order of the United States District Court for the Central District of California granting the United States' motion for summary judg- ment. Leonardo Nery et al. oppose.

Nery et al. served the United States as New Philippine Scouts during and after World War II. Nery et al. filed a civil action in the district court in 1997 seeking military back pay and benefits equal to the veterans benefits available to members of the U.S. Armed Forces. In the district court suit, Nery et al. challenged the con- stitutionality of 38 U.S.C. § 107(b), which, like 38 U.S.C. § 107(a), statutorily limits the amount and types of benefits available to Philippine veterans of World War II.* The district court held that 38 U.S.C. § 107(b) was constitutional, finding that Congress had a rational basis to exclude Philippine veterans of World War II from receiving U.S. veterans benefits.

The United States moves for summary affirmance based on *Talon v. Brown*, 999 F.2d 514 (Fed.Cir.1993). In *Talon*, we upheld the constitutionality of 38 U.S.C. § 107(a), relying heavily on *Quiban v. Vet- erans Administration*, 928 F.2d 1154 (D.C.Cir.1991), which upheld the constitu- tionality of sections 107(a) and (b). *See also Besinga v. United States*, 14 F.3d 1356 (9th Cir.1994) (upheld the constitu- tionality of 38 U.S.C. § 107(a)). The Unit- ed States urges summary affirmance, as- serting that "there is no basis in law or fact to re-examine this constitutional issue" in this case.

We agree with the United States. As we stated in *Talon*, "[w]e agree with both the result and the rationale in *Quiban* and

* 38 U.S.C. § 107 provides:

(a) Service before July 1, 1946, in the organized military forces of the Govern- ment of the Commonwealth of the Philip- pines, while such forces were in the service of the Armed Forces of the United States pursuant to the military order of the Presi- dent dated July 26, 1941, including among such military forces organized guerrilla forces under commanders appointed, desig- nated, or subsequently recognized by ... competent authority in the Army of the

United States, shall not be deemed to have been active military, naval, or air service for the purposes of any law of the United States conferring rights, privileges, or bene- fits upon any person by reason of the ser- vice of such person or the service of any other person in the Armed Forces ....

(b) Service in the Philippine Scouts ... shall not be deemed to have been active military, naval, or air service for the pur- pose of any of the laws administered by the Secretary [of Veterans Affairs].

hold that it is dispositive of [the] constitutional arguments." Because the United States' position "is so clearly correct as a matter of law that no substantial question regarding the outcome of the appeal exists," summary disposition is appropriate. *Joshua v. United States*, 17 F.3d 378, 330 (Fed.Cir.1994).

Accordingly,

IT IS ORDERED THAT:

(1) The United States' motion for summary affirmance is granted.

(2) Each side shall bear its own costs.